**No. 10-6799. Roy C. Hammond, Petitioner v. Tufamerica, Inc.**

562 U.S. 1195, 131 S. Ct. 1000, 178 L. Ed. 2d 856, 2011 U.S. LEXIS 652.

January 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied. Justice Sotomayor took no part in the consideration or decision of this petition.

**No. 10-7432. Robert E. Gallegos, Sr., Petitioner v. D. K. Sisto, Warden, et al.**

562 U.S. 1195, 131 S. Ct. 1005, 178 L. Ed. 2d 856, 2011 U.S. LEXIS 644.

January 18, 2011. Motion of petitioner to defer consideration of the petition for writ of certiorari denied. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 384 Fed. Appx. 650.